# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18cr4667-W |
| Plaintiff, | JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| v. | |
| ALEJANDRO PEREZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Indictment against Defendant Alejandro Perez be dismissed without prejudice.

DATED: 9/4/19

_____
HON. THOMAS J. WHELAN
United States District Judge